In re F. L. BRADBURY CO. Bankrupt.

Petition of ELECTRIC TRUCK TRANSP. CORPORATION.

(Circuit Court of Appeals, Second Circuit. May 19, 1925.)

No. 373.

Petition to Revise Order of the District Court of the United States for the Eastern District of New York.

Order (8 F.[2d] 496) affirmed in open court.

Allen McCarty, of New York City, for petitioner.

Edward W. Drucker, of New York City (S. Walter Pokart and Stephen H. Keating, both of New York City, of counsel), for trustee in bankruptcy.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.